**Order entered July 29, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00634-CV

**IN THE INTEREST OF V.W. JR., A CHILD**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90770**

## ORDER

The reporter's record in this child protection case has not been filed. By order dated July 12, 2022 we granted Court Reporter Judith Snyder's request for an extension of time to file the reporter's record and ordered it filed by July 18, 2022. To date the reporter's record has not been filed.

So that this accelerated appeal can proceed, we **ORDER** Court Reporter Judith Snyder to file, within **TEN DAYS** of the date of this order, the reporter's record. We caution Ms. Snyder that failure to do so may result in an order directing the trial court to conduct a hearing to determine why the record has not

been filed or an order that Ms. Snyder not sit as a court reporter until the record in this case is filed.

We **DIRECT** the Clerk of the Court to send a copy of this order to:

Honorable Andrew Bench
Presiding Judge
196th Judicial District Court

Court Reporter Judith Snyder
198 RS Private Road 7328
Emory, TX 75440

Donita Robins
Official Court Reporter
196th Judicial District Court

/s/     AMANDA L. REICHEK
JUSTICE